No. 20.—IN RE. E. FLORES COLÓN, QUERELLADO.—*Disbarment.* Enero 26, 1928. Siendo esta corte de opinión que la intención del abogado querellado en los actos imputádoles aparece suficientemente, y resolviendo además que como funcionario de la corte el querellado tiene suficiente conocimiento de la naturaleza de los cargos presentados contra él, se declara sin lugar la excepción previa presentada.

No. 3178.—EL PUEBLO, APLDO., *v.* ALVAREZ, APLTE.—C. D. Aguadilla. Infracción Art. 328 Código Penal. Enero 26, 1928. No ha lugar a la reconsideración del caso sobre los méritos, porque es una cuestión ya resuelta que en esta clase de delitos no es necesario hacer una especificación mejor.

En cuanto a la pena, tampoco ha lugar a la reconsideración porque no se ha demostrado que la corte al imponerla abusara de su discreción.

No. 4478.—BOCANEGRA, APLDO., *v.* DE JESÚS ET AL., APLTES.—C. D. San Juan. Enero 31, 1928. Habiéndose negado una prórroga al apelante para radicar la transcripción de la evidencia por haberla pedido fuera de tiempo y apareciendo que tampoco se radicó en la Secretaría del Tribunal Supremo la transcripción del récord, se declaró con lugar la moción de desestimación presentada en este caso.